FILED
NOV 16 2007
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 2:07CR 288-WKW |
| v. ) | [18 U.S.C. § 1029(a)(5)] |
| ) | |
| JULIE NOELLE HINES ) | **INDICTMENT** |

The Grand Jury charges:

### COUNT 1

1. Beginning in or about July 2006 and continuing until in or about November 2006, the exact dates being unknown to the Grand Jury, the defendant

**JULIE NOELLE HINES,**

did knowingly and with intent to defraud effect transactions with an access device issued to E.C. to receive payment and any other thing of value, the aggregate value of which during a one year period was equal to or greater than $1,000.

2. The activity affected interstate commerce because it was conducted using an access device issued by a company outside the state of Alabama.

All in violation of Title 18, United States Code, Sections 1029(a)(5).

A TRUE BILL:

_____
Foreperson

LEURA G. CANARY
United States Attorney

CHRISTOPHER A. SNYDER
Assistant United States Attorney