FILED

APR 16 2008

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 2:07-CR-288-WKW |
| v. ) | [18 U.S.C. § 641 |
| ) | 18 U.S.C. § 1708 |
| JULIE NOELLE HINES, ) | 18 U.S.C. § 1029(a)(5)] |
| a/k/a Julie N. Hines ) | |
| ) | **SUPERSEDING INDICTMENT** |
| ) | |

The Grand Jury charges:

## COUNT 1

1. At all times relevant to this Indictment, the defendant, **JULIE NOELLE HINES**, was a resident of Montgomery, Alabama.

2. On or about September 29, 2005, an application was filed with the Federal Emergency Management Agency ("FEMA"), an agency within the United States Department of Homeland Security, for benefits in connection with Hurricane Katrina, in the name of Julie N. Hines. That application falsely represented that Hines had suffered losses to a property she rented as her primary residence in Ocean Springs, Mississippi. In fact, Hines did not reside in Mississippi at this time and did not suffer the losses claimed.

3. FEMA accepted the application and caused a United States Treasury check in the amount of $2,358 to be mailed to Hines in Montgomery, Alabama. Hines received the check and cashed it.

4. On or about the date set forth below, in Montgomery County, within the Middle District of Alabama, and elsewhere, the defendant,

**JULIE NOELLE HINES,**

did embezzle, steal, purloin, and knowingly convert to her own use money and things of value of the United States and of a department and agency thereof, in an amount in excess of $1,000, and did receive, conceal, and retain the same with the intent to convert it to her use and gain, knowing it to have been embezzled, stolen, purloined and converted as described below:

| COUNT | DATE | ITEM |
|---|---|---|
| 1 | October 14, 2005 | FEMA disaster assistance funds in the amount of $2,358, check number 222174299472. |

All in violation of Title 18, United States Code, Sections 641.

## COUNT 2

5. The allegations set forth in paragraphs 1 through 4 of this Indictment are hereby realleged as if set forth herein.

6. Sometime between on or about July 26, 2006 and on or about July 9, 2007, the exact date or dates being unknown to the Grand Jury, in Montgomery County, within the Middle District of Alabama, and elsewhere, the defendant,

**JULIE NOELLE HINES,**

did unlawfully have in her possession, including in her vehicle, mail matter, including three letters addressed to other persons, which had been stolen, taken, embezzled, and abstracted from an authorized depository for mail matter, knowing the same to have been stolen, taken, embezzled, or abstracted from an authorized depository for mail matter.

All in violation of Title 18, United States Code, Section 1708.

## COUNT 3

7. The allegations set forth in paragraphs 1 through 6 of this Indictment are hereby realleged as if set forth herein.

8. Beginning in or about July 2006 and continuing until in or about November 2006, the exact date or dates being unknown to the Grand Jury, in Montgomery County, within the Middle District of Alabama, and elsewhere, the defendant,

**JULIE NOELLE HINES,**

did, knowingly and with intent to defraud, effect transactions with an access device issued to E.C. to receive payment and any other thing of value, the aggregate value of which during a one year period was equal to or greater than $1,000.

9. The activity affected interstate commerce because it was conducted using an access device issued by a company outside the state of Alabama and was used at retail vendors outside the state of Alabama.

All in violation of Title 18, United States Code, Section 1029(a)(5).

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
United States Attorney

_____
CHRISTOPHER A. SNYDER
Assistant United States Attorney