✇AO 442   (Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

UNITED STATES OF AMERICA

V.

JULIE NOELLE HINES
1514 Emily Avenue
Auburn, AL  36830

**WARRANT FOR ARREST**

Case Number:  2:07cr288-WKW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____JULIE NOELLE HINES_____
                                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

**Superseding**
[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with   (brief description of offense)

Theft of Government Property
Theft of Mail Matter
Access Device Fraud

in violation of Title _____18_____ United States Code, Section(s) _____641; 18:1708; 18:1029(a)(5)_____

DEBRA P. HACKETT                                                    By: _[signature]_
Name of Issuing Officer                                              Signature of Issuing Officer

CLERK, U.S. DISTRICT COURT, MIDDLE ALABAMA        April 18, 2008, Montgomery, Alabama
Title of Issuing Officer                                             Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |