```
         IN THE UNITED STATES DISTRICT COURT FOR
              THE MIDDLE DISTRICT OF ALABAMA
                    NORTHERN DIVISION
```

```
UNITED STATES OF AMERICA          *

v.                                *   CR. NO. 2:07cr288-WKW

JULIE NOELLE HINES,               *

     Defendant.                   *
```

**NOTICE OF APPEARANCE OF COUNSEL**

Comes now Paul R. Cooper and hereby gives notice of his appearance as counsel for Defendant JULIE N. HINES.

```
                    S/Paul R. Cooper
                    Paul R. Cooper
                    COOPER & COOPER
                    12 Scott Street
                    Montgomery, AL 36104
                    Phone: (334)262-4887
                    Fax:   (334)262-4880
                    E-mail: prc@cooperandcooperlaw.com
                    ASB-1152-R78P
```

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the May 5, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Chris Synder, Assistant United States Attorney, and I hereby certify that I have mailed by United States Postal Service, or delivered by other means, the documentation to the following non-CM/ECF participants: NONE.

>Respectfully Submitted,
>
>S/Paul R. Cooper
>Paul R. Cooper
>COOPER & COOPER
>12 Scott Street
>Montgomery, AL 36104
>Phone: (334)262-4887
>Fax:   (334)262-4880
>E-mail: prc@cooperandcooperlaw.com
>ASB-1152-R78P