**COURTROOM DEPUTY MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

DATE: __MAY 5, 2008__

DIGITAL RECORDING: __3:04 - 3:15__

- ✓ **INITIAL APPEARANCE**
- ☐ **DETENTION HEARING**
- ☐ **ARRAIGNMENT**
- ✓ **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- ☐ **PRELIMINARY EXAMINATION**

PRESIDING MAG. JUDGE __CHARLES S. COODY__   DEPUTY CLERK: __WANDA STINSON__

CASE NO. __2:07-CR-288-WKW-WC__   DEFT. NAME: __JULIE NOELLE HINES__

USA: __CHRISTOPHER SNYDER__   ATTY: __PAUL COOPER__

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; ( ) FDO;

USPTSO/USPO: __JENNIFER HART__

Defendant ____does____ does NOT need an interpreter; NAME: _____

- ☐ Kars.   Date of Arrest __5/5/08__   ☐ Rule 5 Arrest   ☐ Pretrial Release   ☐ Pro/Sup Rel Violator
- ✓ Kia.   Deft. First Appearance. Advised of rights/charges. ☐ ORAL Motion for Appt. Of Counsel
- ✓ Finaff.   Financial Affidavit executed ☐ to be obtained by PTS; **Notice to be filed.**
- ☐ Koappted   **ORAL ORDER** appointing Federal Defender - ☐ to be appointed - prepare voucher
- ☐ CJA20appt.   **ORAL ORDER** appointing CJA Panel Attorney;
- ✓   Deft. Advises he will retain counsel. Has retained __PAUL ROY COOPER__
- ☐   Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐   **WAIVER (ORAL)** Detention Hrg.
      **DETENTION HRG** ☐ held; ☐ Set for _____   ☐ **Prelim. Hrg** Set for _____
- ☐ kotempdtn.   **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ bnd hrg.   **BOND Hearing** Set for _____
- ✓ condrls.   Release order entered. ☐ Deft. advised of conditions of release.
- ✓ bnd.   ✓ **BOND EXECUTED** (M/D AL charges) $ __25,000__ Deft released (kloc LR).
      ☐ **BOND EXECUTED** (R.5 charges) - deft to report to originating district as ordered
- ☐ Loc.(LC)   Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ krmvhrg.   Identity/Removal Hearing ☐ set for _____; ☐ **WAIVER** of Rule 5 & 5.1 Hearings
- ☐ kwvprl.   Waiver **(ORALLY)** of Preliminary Revoc. hearing;
- ☐   Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- ✓   **ARRAIGNMENT** set for: _____ ; ✓ **HELD**. Plea of **NOT GUILTY** entered.
      ✓ Trial Term __8/18/08__   ☐ **PRETRIAL CONF.** set for _____
      ✓ **DISCOVERY DATE:** __5/5/08__