IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) ) | CR. NO. 2:07-cr-288-WKW |
| JULIE NOELLE HINES | ) | |

### CORRECTED MOTION FOR LEAVE TO DISMISS INDICTMENT

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to dismiss the Indictment heretofore filed on November 16, 2007, in the above styled cause, on the following grounds, to wit:

Superseding Indictment filed.

Respectfully submitted this the 6th day of May, 2008.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Christopher A. Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-288-WKW |
| | ) | |
| JULIE NOELLE HINES | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Christopher A. Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CR. NO. 2:07-cr-288-WKW |
| JULIE NOELLE HINES | ) ) | |

O R D E R

     Upon consideration of the Corrected Motion for Leave to Dismiss the Indictment filed on May 6, 2008, heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

     DONE this ____ day of May, 2008.

                                                                               UNITED STATES DISTRICT JUDGE

DISMISSAL OF INDICTMENT

     Comes now the United States of America with leave of the Court first had and obtained and dismisses the Indictment heretofore filed on November 16, 2007, in the above styled cause.

                                                    Respectfully submitted,

                                                    LEURA G. CANARY
                                                    UNITED STATES ATTORNEY

                                                    /s/ Christopher A. Snyder
                                                    CHRISTOPHER A. SNYDER
                                                    Assistant United States Attorney
                                                    131 Clayton Street
                                                    Montgomery, Alabama 36104
                                                    Telephone: (334) 223-7280
                                                    Fax: (334) 223-7135