IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:07-cr-0288-WKW |
| | ) | |
| JULIE NOELLE HINES | ) | |

**ORDER**

Upon consideration of the government's Corrected Motion for Leave to Dismiss Indictment (Doc. # 12) filed on May 6, 2008, it is ORDERED that the motion is GRANTED. Furthermore, it is ORDERED that the initial Motion for Leave to Dismiss Superceding Indictment (Doc. # 11) is DENIED.

DONE this 8th day of May, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE


DISMISSAL OF INDICTMENT

Comes now the United States of America with leave of the Court first had and obtained and dismisses the Indictment heretofore filed on November 16, 2007, in the above styled cause.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/ Christopher A. Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135