IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Case NO.2:07cr288-WKW |
| JULIE NOELLE HINES, | * | |
|     Defendant. | * | |

### NOTICE OF INTENT TO FILE PLEA

COMES NOW JULIE NOELLE HINES, by her counsel, Paul R. Cooper, and hereby gives notice of intent to file a plea of guilty.

S/Paul R. Cooper
Paul R. Cooper
COOPER & COOPER
12 Scott Street
Montgomery, AL 36104
Phone: (334)262-4887
Fax:   (334)262-4880
E-mail: prc@cooperandcooperlaw.com
ASB-1152-R78P

### CERTIFICATE OF SERVICE

I hereby certify that on the August 5, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF

1

system which will send notification of such filing to the following: CHRISTOPHER A. SNYDER, Assistant United States Attorney, and I hereby certify that I have mailed by United States Postal Service, or delivered by other means, the documentation to the following non-CM/ECF participants: NONE.

                          Respectfully Submitted,

                          S/Paul R. Cooper
                          Paul R. Cooper
                          COOPER & COOPER
                          12 Scott Street
                          Montgomery, AL 36104
                          Phone: (334)262-4887
                          Fax:  (334)262-4880
                          E-mail: prc@cooperandcooperlaw.com
                          ASB-1152-R78P